UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY YOUNG, *et al.*,

    Plaintiffs,

v.

Case No. 16-cv-14154
Hon. Matthew F. Leitman

CHALMERS AUTOMOTIVE, LLC, *et al.*,

    Defendants.

_____/

## **ORDER ON PENDING MOTIONS**

On December 5, 2017, the Court held a hearing on three pending motions in this action. (*See* Notices of Hearing, ECF ## 21, 24). For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that:

- Plaintiffs' Motion for Summary Judgment (ECF #14) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED AS TO LIABILITY** with respect to Plaintiffs' breach of contract claim against Defendant Chalmers Automotive, LLC and is **DENIED WITHOUT PREJUDICE** in all other respects;

- Plaintiffs' Motion for an Order Allowing Case to Proceed as to Individual Defendants Only (ECF #19) is **DENIED AS MOOT**; and

- Defendants' counsel's Motion for Withdrawal (ECF #23) is **GRANTED**. New counsel for Chalmers Automotive, LLC shall file an appearance with the

Court within thirty (30) days of this Order. In addition, within thirty (30) days of this Order, the individual Defendants shall either retain new counsel, who shall file an appearance with the Court, or inform the Court in writing that they intend to represent themselves in this action. If new counsel does not appear for the Defendants or if the individual Defendants do not inform the Court that they intend to represent themselves as set forth above, the Court may enter a default against the Defendants. Attorneys David M. Blanchard and Daniel R. Zmijewski shall serve this Order on Defendants within seven (7) days and shall file a proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: December 5, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 5, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764