UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY M. YOUNG aka
TONY YOUNG, an individual,
and YOUNG CHEVROLET
CADILLAC, INC., a Michigan corporation,

    Plaintiffs,

v.

CHALMERS AUTOMOTIVE, LLC, a
Missouri limited liability company,
MIKE HOLMES, an individual,
ALBERT J. CHALMERS, an individual,
and CARL ANGOTTI, an individual,

    Defendants.

Case No. 16-cv-14154
Hon. Matthew F. Leitman

---

**ORDER GRANTING
(i) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56 AS TO
DEFENDANT, CHALMERS AUTOMOTIVE, LLC ONLY
and
(ii) PLAINTIFFS' MOTION TO AMEND COMPLAINT
TO ADD PARTY and TO ADD CLAIM AGAINST
DEFENDANT, MIKE HOLMES**

This matter having come before the Court upon Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 as to Defendant, Chalmers Automotive, LLC only Plaintiffs' Motion to Amend Complaint to Add Party and to Add Claim against Defendant, Mike Holmes, no responses to the Motions having

1

been filed, Plaintiffs' counsel having appeared before this Court and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 as to Defendant, Chalmers Automotive, LLC only (ECF No. 36) and Plaintiffs' Motion to Amend Complaint to Add Party and to Add Claim against Defendant, Mike Holmes (ECF No. 37) are granted for the reasons stated on the record;

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Second Amended Complaint within fourteen (14) days.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: December 7, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764