**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY M. YOUNG aka
TONY YOUNG, et al.,

    Plaintiffs,

v.

CHALMERS AUTOMOTIVE, LLC, et al.,

    Defendants.

Case No. 16-cv-14154
Hon. Matthew F. Leitman

---

### ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION TO DISMISS COUNTS II, III, IV AND V AS TO DEFENDANT, CHALMERS AUTOMOTIVE, LLC ONLY, PURSUANT TO FED. R. CIV. P. 41(a)(2)

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Dismiss Counts II, III, IV and V as to Defendant, Chalmers Automotive, LLC only, pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiffs' Ex-Parte Motion to Dismiss Counts II, III, IV and V against Defendant, Chalmers Automotive, LLC only is granted and Counts II, III, IV and V of Plaintiff's First Amended Complaint are dismissed, without prejudice, as to Defendant, Chalmers Automotive, LLC only.

    **IT IS SO ORDERED.**

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: December 11, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764