UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY M. YOUNG aka
TONY YOUNG, an individual,
and YOUNG CHEVROLET
CADILLAC, INC., a Michigan
corporation,

    Plaintiffs,

v.

CHALMERS AUTOMOTIVE, LLC, a
Missouri limited liability company,
MIKE HOLMES, an individual,
ALBERT J. CHALMERS, an individual,
CARL ANGOTTI, an individual, and
VERNICE CHALMERS, an individual,

    Defendants.

Case No. 16-cv-14154
Hon. Matthew F. Leitman

---

### ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT, CARL ANGOTTI ONLY, WITHOUT PREJUDICE

This matter having come before the Court upon stipulation of the Plaintiffs and Defendant, Carl Angotti and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant, Carl Angotti, only, are dismissed without prejudice.

                                         /s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  May 21, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2020, by electronic means and/or ordinary mail.,

                                                       s/Holly A. Monda  
                                                       Case Manager  
                                                       (810) 341-9764