UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY YOUNG, *et al.*,

    Plaintiffs,

v.

CHALMERS AUTOMOTIVE, LLC, *et al.*,

    Defendants.

_____/

Case No. 16-cv-14154
Hon. Matthew F. Leitman

# JUDGMENT AS TO DEFENDANT, CHALMERS AUTOMOTIVE, LLC ONLY

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiffs, Young Chevrolet Cadillac, Inc. and Anthony Young ("Plaintiffs") and against Defendant, Chalmers Automotive, LLC, only, in the amount of $119,193.75;

**IT IS FURTHER ORDERED** that this Judgment shall accrue statutory interest from the date of entry of this Judgment; and

**IT IS FURTHER ORDERED** that this Judgment resolves all claims in this matter and closes the case.

DAVID J. WEAVER
CLERK OF THE COURT
By:  s/Holly A. Monda
Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: May 27, 2020
Flint, Michigan